[No. 20331-6-II.     Division Two.     June 6, 1997.]

BRAGG INVESTMENT COMPANY, INC., *Appellant*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00109-0, Wm. Thomas McPhee, J., entered December 29, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 20348-1-II.     Division Two.     June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS
LEE WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00180-6, George L. Wood, J., entered November 17, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 20480-1-II.     Division Two.     June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA
R. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-1-00031-7, Gordon Godfrey, J., entered March 4, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 21607-8-II.     Division Two.     June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
REYNALDO GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-8-00105-3, Terry D. Sebring, J., entered January 29, 1997. *Reversed* by unpublished per curiam opinion.